**Order entered July 9, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00339-CV

**IN RE RAMON C. HILL, SOVEREIGN ELECTRONICS, INC., AND SOVEREIGN SECURITY SYSTEMS, INC., Relators**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01308-2008**

## ORDER

Before the Court is relators' petition for writ of mandamus. On April 1, 2014, the parties assured this Court that this case was in the process of settlement. In an effort to ascertain the status of the matter, the Clerk's office contacted relators' counsel's office, but the calls were not returned and were essentially ignored. The Texas Supreme Court rendered its decision in *Brookshire Bros., Ltd. v. Aldridge*, No. 10-0846, 2014 WL 2994435, on July 3, 2014, a decision relevant to this case, and a decision that the parties should address.

Accordingly, each party is hereby **ORDERED** to file a supplemental brief addressing *Brookshire* and its application on or before Friday, July 11, 2014 by 5 p.m. Should any party wish to respond to the other's brief, that party may file a response on or before Monday, July 14,

2014 by 5 p.m.  No extension of time will be granted.

/s/    KERRY P. FITZGERALD
JUSTICE